

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2014

No. 04-14-00048-CV

America Amada **GONZALEZ** and Jaime Christina Garza McRae,
Appellants

v.

Jose Gilberto **PENA**, Et Ux.,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-10-359
Honorable Jose Luis Garza, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file notice of appeal is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court